# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Criminal Case No. 08-cr-00381-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EVAN JAMES COSTALDO,

    Defendant.

## ORDER SETTING TRIAL DATES AND DEADLINES

This matter is before the Court on Defendant's Motion for Continuance on Trial Setting (Doc. # 16) and pursuant to a telephone conference between both counsel and Chambers staff on November 20, 2008. The Court notes that while a trial date had not yet been set in this case, the parties had discussed a trial date of December 8, 2008, well before the 70-day speedy trial date of December 25, 2008. For the reasons set forth in Defendant's motion, the Court finds pursuant to 18 U.S.C. § 3161(h)(8)(A) that setting a trial date outside the 70-day speedy trial date outweighs the best interests of the public and the Defendant in a speedy trial, and that the ends of justice are served so that Defendant's expert may conclude scientific investigation relevant to his defense. It is, therefore,

ORDERED that Defendant's motion (Doc. # 16) is GRANTED to the extent that the following deadlines and dates are set in this matter:

1) All pretrial motions shall be filed by **December 19, 2008** and responses to these motions shall be filed by **January 5, 2009**;

2) A one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **January 23, 2009 at 10:00 a.m.**, in Courtroom A602 of the Arraj Courthouse. If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion;

3) A five-day jury trial is set for **February 2, 2009 at 1:30 p.m.**, in Courtroom A602.

DATED: November  20 , 2008

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge