**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 08-cr-00381-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EVAN JAMES COSTALDO,

    Defendant.

---

**ORDER VACATING TRIAL DATES**

---

    This matter is before the Court *sua sponte*. In light of this Court's Order referring this case to a United States Magistrate Judge for plea and sentencing (Doc. # 20), the Final Trial Preparation Conference set for January 23, 2009 at 10:00 a.m. and the five-day jury trial set to commence February 2, 2009 are hereby VACATED.

    DATED: January __15__, 2009

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge