# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | CASE NUMBER: 08-cr-00381-CBS |
| EVAN JAMES COSTALDO | Alex Tandy<br>(Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 49 U.S.C. § 46506 and 18 U.S.C. § 113(a)(5) | Simple Assault | 3/20/2008 | 1 |

Defendant shall complete 20 hours of community service within the New York City school system within 6 months, and provide proof of completion to the government attorney.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | Fine |
|---|---|---|
| **Total:** | $10.00 | $500.00 |

1/27/2009
Date of Imposition of Judgment

*s/Craig B. Shaffer*
Signature of Judicial Officer

Craig B. Shaffer, U.S. Magistrate Judge
Name & Title of Judicial Officer

January 30, 2009
Date